AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-22-00462-TUC-JGZ-LAB |
| Donivan John Hale | ) | |
| Defendant | ) | |

## AMENDED ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Donivan John Hale,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1:  8:1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i), (a)(1)(B)(iii) Conspiracy to Transport Illegal Aliens for Profit Placing in Jeopardy the Life of Any Person

Counts 2-3:  8:1324(a)(1)(A)(ii), (a)(1)(B)(i) and (a)(1)(B)(iii) and 18:2 Transportation of Illegal Aliens for Profit Placing in Jeopardy the Life of Any Person

*Issuing officer's signature*

City and state:  Tucson, Arizona        ISSUED ON 3:09 pm, Mar 17, 2022   B. Cortez, Deputy Clerk
                                        s/ Debra D. Lucas, Clerk   *Printed name and title*

### Return

This warrant was received on *(date)* 03/17/22, and the person was arrested on *(date)* 06/23/22
at *(city and state)* Tucson, AZ.

Date: 06/23/22     Subject arrested by USMS
                   and initialed on 06/24/22
                   in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

cc: AUSA, PTS, USMS