AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   22-00083MJ-001-TUC-LAB |
| Donivan John Hale | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*   Donivan John Hale,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3142: Violation of Pretrial Release

Date:   February 17, 2022

*Issuing officer's signature*

City and state:   Tucson, Arizona

s/ Debra D. Lucas, Clerk   Susana Barraza, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 02/18/22, and the person was arrested on *(date)* 06/23/22
at *(city and state)*   Tucson, AZ.

Date:   06/23/22

Subject arrested by USMS
and initialed on 06/24/22
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

cc: USMS, AUSA, PTS